# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143881 & (29)(30)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DAVONTAE SANFORD,
　　　　Defendant-Appellant.
_____/

SC:  143881
COA:  305481
Wayne CC:  07-015018-FC

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.  The motion to stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2011

_____
Clerk

h1025